FILED
2013 Jan-22 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **APRIL K. BARNETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | **1:12-cv-01745-VEH** |
| ) | |
| **JP MORGAN CHASE BANK,** ) | |
| **NATIONAL ASSOCIATION, as** ) | |
| **successor by merger to** ) | |
| **CHASE HOME FINANCE, LLC,** ) | |
| ) | |
| Defendant. ) | |

### RE-NOTICE OF PLAINTIFF APRIL K. BARNETT'S DEPOSITION ON FEBRUARY 1, 2013

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, defendant JPMorgan Chase Bank, National Association, as the successor by merger to Chase Home Finance, LLC (erroneously named in Plaintiff's Amended Complaint as "JP Morgan Chase Bank, National Association, formerly Chase Home Loan Servicing, LLC"), will take the deposition of **Plaintiff April K. Barnett** by oral examination before a court reporter authorized to administer oaths for such purposes **on Friday, February 1, 2013, beginning at 9:30 a.m. (CST), at the offices of Kilborn Roebuck and McDonald**, 1810 Old Government Street, Mobile, Alabama  36606 (251) 479-9010, or at another mutually-convenient location and/or date and time to be agreed upon by counsel

{M0127387.1}

for the parties. The deposition will continue from day-to-day thereafter until completed and you are invited to attend and examine the deponent. The deposition is being taken for possible use as evidence at the trial of the above-styled action and for all other purposes permitted by the Federal Rules of Civil Procedure.

This the 22**nd** day of **January, 2013.**

    Attorneys for Defendant,
    JPMorgan Chase Bank, N.A.,
    as the successor by merger to
    Chase Home Finance LLC:

/s/ Sandy G. Robinson
**SANDY G. ROBINSON**
CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP
Post Office Box 2906
Mobile, Alabama  36652
Telephone:  (251) 415-7300
Facsimile:  (251) 415-7350
E-Mail:     sgr@cabaniss.com

**MICHAEL E. TURNER**
**JASON W. BOBO**
CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
E-Mail:     met@cabaniss.com
            jwb@cabaniss.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing **DEFENDANT'S RE-NOTICE OF PLAINTIFF APRIL K. BARNETT'S DEPOSITION ON FEBRUARY 1, 2013** to be electronically filed with the Clerk of Court for the United States District Court for the Northern District of Alabama, which will send electronic notification of such filing to all counsel of record:

This the **22nd** day of **January**, **2013**.

> */s/ Sandy G. Robinson*
> **OF COUNSEL**