# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| APRIL K. BARNETT, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.: |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, as successor by merger to CHASE HOME FINANCE, LLC, | * 1:12-CV-01745-VEH |
| Defendants. | * |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

COMES NOW, the Plaintiff, APRIL K. BARNETT, and by and through counsel of record, and hereby files notice to this Honorable Court that Plaintiff has served on January 30, 2013 the following:

1. Plaintiff's Notice of Deposition of Dr. Cornelia Graves scheduled February 1, 2013.

RESPECTFULLY SUBMITTED:

/s/ DAVID A. McDONALD
DAVID A. McDONALD
State Bar No.: ASB-5329-C53D
KILBORN, ROEBUCK & McDONALD
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047
**Attorney for Plaintiff**

OF COUNSEL:

Vincent F. Kilborn, III, Esq.
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

D. W. Grimsley, Jr., Esq.
21 South Section Street
Fairhope, AL 36532

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have served on this 30th day of January, 2013, a true and accurate copy of Plaintiff's Notice of Service of Discovery via email and electronically filed with the Clerk of Court for the United States District Court for the Northern District of Alabama, which will send electronic notification of such filing to all counsel of record.

                      /s/ DAVID A. McDONALD
                      DAVID A. McDONALD