FILED
2013 Mar-22  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| APRIL K. BARNETT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: |
| | * | |
| JP MORGAN CHASE BANK, | * | 1:12-CV-01745-VEH |
| NATIONAL ASSOCIATION, as | * | |
| successor by merger to CHASE | * | |
| HOME FINANCE, LLC, | * | |
| | * | |
| Defendant. | * | |

### PLAINTIFF'S EVIDENTIARY SUBMISSION IN RESPONSE TO DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, the Plaintiff, APRIL K. BARNETT, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submits the following evidentiary materials, true and accurate copies of which are attached hereto,[1] in support of its Response to Defendant's Motion for Partial Summary Judgment. Plaintiff adopts and incorporates those materials by reference in its Response.

---

[1] Confidential and private information, including loan numbers and telephone numbers, have been redacted.

| Exhibit | Description |
|---|---|
| 1 | ERA Mortgage dated May 15, 2007 - Chase 1-28 |
| 2 | Email from Jeffrey to Fannie Mae Hazard Loss dated 11/05/2010 and 11/12/2010 - Chase 2457-2458[2] |
| 3 | State Farm's letter to Barnett dated 06/29/2010 - Chase 678-679 |
| 4 | Deposition of Jason Barnett dated 12/12/2011 |
| 5 | Chase's Consolidated Notes Log - Chase 842 |
| 6 | State Farm's letter to Barnett dated 06/29/2010, and letter from Barnett to Chase - Chase 676-680 |
| 7 | Deposition of April Barnett dated 02/01/2013 |
| 8 | Chase's letter to Barnett dated 07/02/2010 - Chase 684 |
| 9 | Mortgage payoff quote from Chase dated 08/24/2010 - Chase 31-32 |
| 10 | State Farm's letter to Chase dated 08/31/2010 - PL 5-6 |
| 11 | Chase's date stamped 09/03/10 rec'd - State Farm's letter to Chase dated 08/31/2010 - Chase 435 |
| 12 | Deposition of Peter Katsikas dated 01/31/2013 |
| 13 | Chase's Acceleration Warning Notice letter to Barnett dated 08/27/2010 - Chase 346-348 |
| 14 | Chase's letters to Barnett dated 08/27/2010 - Chase 345 and 349 |
| 15 | Fannie Mae Guidelines dated May 23, 2008 |
| 16 | Chase's consolidated notes log dated 09/08/2010 - Chase 830 |

---

[2]Plaintiff has removed Exhibits 2, 3, 5, 6, 8, 11, 13, 14, 16, 17, 18, 19, 22, 23, 28, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42 from this Evidentiary Submission because Chase marked these documents as Confidential and would not consent to remove this designation even from letter exchanged between the parties.  By separate Motion, Plaintiff is requesting leave to file these exhibits under seal.

| | |
|---|---|
| 17 | Chase's letter to Barnett dated 08/13/2010 - Chase 352-363 |
| 18 | Chase's Consolidated Notes Log - Chase 828 |
| 19 | Chase's letter to Barnett dated 09/30/2010 - Chase 367-377 |
| 20 | Recorded phone conversation between Carolino and Barnett |
| 21 | Deposition of David Elsner, Vol. II dated 02/01/2013 |
| 22 | Photographs of rebuilding home - Chase 2461 |
| 23 | Emails from Jeffrey to Fannie Mae - Chase 402-404 |
| 24 | Chase's letter to Barnett dated 12/16/2010 - PL 7 |
| 25 | Recorded phone conversation between Lanuza and Jordan and Barnett |
| 26 | Rice's letter to Chase dated 01/13/2011 - PL 10-13 |
| 27 | Chase's letter to Barnett dated 01/28/2011 - PL 14 |
| 28 | Chase's internal memo dated 01/26/2011 - Chase 2452 |
| 29 | LSI Mortgage Plus documents - LSI 1-29 |
| 30 | Email from LSI Mortgage Plus to Barnett - PL 18 |
| 31 | Chase's letter to Barnett dated 04/11/2011 - Chase 439-451 |
| 32 | Deposition of Vicki Landis dated 12/12/2012 |
| 33 | Chase's Consolidated Notes Log dated 01/12/2011 - Chase 814 |
| 34 | Elsner's Performance Review - Chase 2989 |
| 35 | Barnett's letter to Chase - Chase received 07/01/2010 - Chase 680 |
| 36 | Chase's Letter of Authorization to Use Loss Draft Funds to Payoff Loan - Chase 429 |

| 37 | Chase's letter to Barnett dated 09/13/2010 - Chase 428-430 |
|---|---|
| 38 | Chase's file notes from Saxton - Chase 768 |
| 39 | Chase's Oct. 2010 notes re: Saxton - Chase 2957-2959 |
| 40 | Chase's email from Jeffrey to Fannie Mae dated 12/15/2010 - Chase 406 |
| 41 | Email from Fannie Mae dated 11/24/2010 - Chase 412 |
| 42 | Chase's letter to Barnett dated 12/16/2010 - Chase 400 |

RESPECTFULLY SUBMITTED:

 /s/ DAVID A. McDONALD
DAVID A. McDONALD
State Bar No.: ASB-5329-C53D
KILBORN, ROEBUCK & McDONALD
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047
**Attorney for Plaintiff**

OF COUNSEL:
Vincent F. Kilborn, III, Esq.
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama  36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

D. W. Grimsley, Jr., Esq.
21 South Section Street
Fairhope, AL 36532

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served on this 22nd day of March, 2013, a true and accurate copy of the foregoing pleading by electronic filing with the Clerk of Court for the United States District Court for the Northern District of Alabama, which will send electronic notification of such filing to all counsel of record.

                                     /s/ DAVID A. McDONALD
                                     DAVID A. McDONALD