## CHASE HOME FINANCE LLC
## FAX COVER SHEET

Date: 8/24/2010

If you do not receive a clear transmission, please call us at: (800) 848-9136

Deliver To:. April L. Kennedy

Sent From: Chase Home Finance LLC (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 582-0542 TDD / Text Telephone

Fax:    (256) 237-0048

**Confidentiality Notice:**

Per your request, the documents were sent via the fax number provided to Chase Home Finance LLC by you or your representative. If you do not receive any or all of the pages properly, please call us at (800) 848-9136. This transmission is only intended for the use of the individual or entity to which it is addressed, and may contain information that is confidential or privileged under law. If the reader of this message is not the intended recipient, you are hereby notified that retention, dissemination, distribution, disclosure, printing, copying, or use of any of the information contained in or attached to this fax is strictly prohibited. If you received this fax in error, please notify the sender immediately by telephone and destroy the original. Thank you.

Joanne L. Palmera

Chase 00031

# CHASE

8/24/2010

Loan Number:

Requestor:
April L. Kennedy
Fax: (256) 237-0048

Borrower Name and Property Address:
April L. Kennedy
101 Karian Court
Oxford, AL 36203-0000

**BREAKDOWN OF AMOUNT OWED**

| | | | |
|---|---|---|---|
| Principal Balance: | $296,322.00 | Late Charge Balance: | $287.43 |
| Interest from 06/01/2010 to 09/03/2010: | $4,858.78 | Recording Fee: | $15.50 |
| Escrow Advance Balance: | $94.87 | | |

Total Amount Secured by Mortgage:..................................................................$301,578.58

Facsimile Fees:                $30.00

Total Amount Owed Including Service Fees:......................................................$301,608.58

| | |
|---|---|
| Interest Rate: | 6.35000% |
| Per Diem: | $51.55 |
| Monthly Late Charge: | $95.81 |

Chase Home Finance LLC (CHF) will issue and mail the annual tax and interest statement (substitute form 1098) record at the end of the calendar year. IF THE PROPERTY IS SOLD, PLEASE PROVIDE THE SELLER'S FORWARDING ADDRESS BELOW:

If your Note or Rider requires you to pay a Prepayment Penalty fee and you are obtaining this payoff quote demand for the purposes of selling your property to an unrelated third party, please fax a copy of your sales contract to (614) 422-7575. If you have any questions, please contact Customer Care at (800) 848-9136.

The above figures are subject to final verification upon receipt of the payoff remittance by Chase. Except where prohibited, Chase reserves the right to adjust the above figures and refuse any funds which are insufficient to pay the Total Amount Secured by the Mortgage for any reason including but not limited to error in calculation of the Total Amount Secured by the Mortgage, previously dishonored check or money order, stop payment of checks or ACH payments or additional disbursements made by Chase between the date of this payoff statement and the receipt of funds. The Total Amount Secured by the Mortgage, pursuant to this statement, is further conditioned upon:

1. If the payoff remittance is insufficient to pay the Total Amount Secured by the Mortgage, Chase will withdraw funds from the borrower(s) escrow account, if available, to complete such payoff. If sufficient funds are not in the escrow to complete such payoff, the check will be returned with a new quote. Insufficient payoff funds remitted via wire transfer will be returned and a new quote will need to be ordered.
2. All checks that have been tendered to CHF in satisfaction of monthly payments must have cleared the borrower's bank. DO NOT PLACE A "STOP PAYMENT" ON CHECKS previously mailed to CHF or cancel ACH debits by CHF prior to prepayment in full. A late charge fee will be assessed at the close of business if the current payment is not received by 07/16/2010, and a late charge should be added to the Total Amount Secured by the Mortgage if payment is received by CHF after the late charge assessment date. You may call (800) 848-9136 to ascertain the late charge amount.
3. Disbursements of all escrowed items (e.g., hazard, flood and PMI insurance, taxes, etc.) WILL BE PAID FROM ESCROW AS NORMALLY SCHEDULED (up to the date payoff funds are received). It is the responsibility of the borrower(s) and their closing agent (if applicable) to obtain a refund should a double payment of taxes or insurance occur. If you require confirmation of any recent escrow disbursements, please call (800) 848-9136. Any remaining escrow balance or overpayment will be mailed directly to the borrower(s) within thirty (30) business days after processing the funds required to pay the Total Amount Secured by the Mortgage. WE WILL NOT ACCEPT OR PROCESS ESCROW ASSIGNMENTS.
4. Payoff funds should be remitted via wire transfer to: Please note: FUNDS THAT CANNOT BE IDENTIFIED WILL BE RETURNED.
   JPMorgan Chase Bank, N.A.
   ACCOUNT NUMBER 323553729
   ABA ROUTING NUMBER 021000021
   ACCOUNT NAME: Chase Home Finance LLC Payoff Wire Account
   OBI Text: (enter loan number in OBI text field)
   WIRE DESCRIPTION MUST INCLUDE CHASE HOME FINANCE LLC LOAN NUMBER, CUSTOMER NAME, PROPERTY ADDRESS, AND AGENT'S CONTACT INFORMATION
   ATTN: PAYOFF PROCESSING

If you are not remitting funds via wire transfer, payoff funds must be in the form of a CASHIER'S CHECK or OFFICIAL BANK CHECK payable and forwarded to:
   CHASE HOME FINANCE LLC
   ATTN: DEPARTMENT PP-7456
   3415 VISION DRIVE
   COLUMBUS OH 43219

For correct identification and posting, THE CHASE HOME FINANCE LLC LOAN NUMBER MUST BE PROVIDED ON THE PAYOFF CHECK. Please note: FUNDS THAT CANNOT BE IDENTIFIED WILL BE RETURNED.

5. If a recording fee is not included in the Total Amount Secured by the Mortgage, the mortgage/release documents will be returned to the borrower(s) or borrower(s) agent for satisfaction, and any charges for recording the release of lien will be the responsibility of the borrower(s) unless otherwise required by applicable law. Please provide a forwarding address for the borrower(s), when applicable, and the name, address and telephone number of the payer, if different from the borrower(s).
6. You understand and agree that if Chase received and processed a payoff and subsequently is requested to return such payoff funds due to loan rescission or for any other reason, unless prohibited by law, Chase will charge a reload fee of $1,000.00. Said fee must be remitted to Chase before payoff funds will be returned to compensate Chase for its time and costs incurred in reloading such loan onto its system.
7. Notice to ACH Customers: Chase requires notice at least five (5) business days prior to payoff to cancel your automatic payment deductions. This request can be made at Chase.com or in writing to the following address:
   CHASE HOME FINANCE LLC
   ATTN: ACH CANCELLATION
   PO Box 24696
   Mail Code OH4-7302-ACH
   Columbus, OH 43224
   FAX 614-422-7575

Otherwise, the Chase ACH program will remain in effect until payoff funds are received and the loan is paid in full.
8. If you are paying off your loan as a result of the recent hurricanes, please contact Customer Care at (800) 848-9136 to see if Chase can offer you assistance.

Chase 00032